**514**

STATE of Missouri, Respondent,

v.

Clyde H. HAYES, Appellant.

No. WD 37573.

Missouri Court of Appeals,
Western District.

Nov. 18, 1986.

Lawrence F. Gepford, Jr., Kansas City, for appellant.

William L. Webster, Atty. Gen., Byrona Kincanon, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of selling cocaine, § 195.020, RSMo 1978, and sentence as a persistent offender to a twenty-five year term of imprisonment.

Judgment affirmed. Rule 30.25(b).